UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE BURTON,

    Plaintiff,

v.

Case No. 23-cv-11093
Hon. Matthew F. Leitman

JAY SAPH, *et al.*,

    Defendants.
_____/

### ORDER TERMINATING AS MOOT PLAINTIFF'S MOTIONS TO APPOINT COUNSEL (ECF Nos. 28, 30)

On March 14, 2024, and April 11, 2024, Plaintiff Jermaine Burton filed motions with the Court in which he requested that the Court appoint him counsel. (*See* Motions, ECF Nos. 28, 30.) On April 30, 2024, the Court assigned *pro bono* counsel to represent Burton. (*See* Order, ECF No. 34.) Accordingly, the Court **TERMINATES** Burton's motions to appoint counsel as **MOOT**.

    IT IS SO ORDERED.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: May 22, 2024

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 22, 2024, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan  
                                          Case Manager  
                                          (313) 234-5126