## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

JERMAINE BURTON #642114,

    Plaintiff,                                        Case No. 23-cv-11093
                                                        Hon. Matthew F. Leitman

v.

JAY SAPH, et al.,

    Defendants.

_____/

## ORDER EXTENDING DISCOVERY

Upon the stipulation of the parties to this case, and on the approval of the stipulation by the Court;

**IT IS HEREBY ORDERED** that:

1. Discovery in this matter regarding the limited issue of Plaintiff's alleged failure to exhaust administrative remedies is extended to December 15, 2024.

2. The trial currently set for October 30, 2024, is hereby adjourned. The trial will be rescheduled following the close of discovery.

**IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: October 8, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 8, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126