UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE BURTON,

     Plaintiff,

                                    Case No. 23-cv-11093
v.                                Hon. Matthew F. Leitman

JAY SAPH, *et al.*,

     Defendants.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of

Defendants and against Plaintiff.

                                    KINIKIA ESSIX
                                    CLERK OF COURT

                         By:    s/Holly A. Ryan
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  June 29, 2026
Detroit, Michigan

1